## COURT OF APPEALS.
### March 22, 1910.

## THE PEOPLE v. ARTHUR LOGAN.

(198 N. Y. Mem.)

TRIAL.

It is reversible error on trial of indictment for grand larceny to require defendant, over objection, to testify that he had commenced a civil action for false arrest.

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 28, 1908, which affirmed a judgment of the Niagara County Court, rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree.

*D. E. Brong,* for appellant.

*Fred M. Ackerson,* for respondent.

Judgment of conviction reversed and new trial ordered, on the ground of the error in requiring, over objection and exception, the defendant to testify that he had commenced a civil action for false arrest; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: GRAY and EDWARD T. BARTLETT, JJ. Absent: CHASE, J.